Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY A. UMOUYO,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, NA.,<br>Carrington Mortgage Services LLC and<br>any unknown heirs, devisees, grantees,<br>creditors, and other unknown persons<br>or unknown spouses claiming by,<br>through and under<br>BANK OF AMERICA, NA.,<br><br>        Defendants. | No. 2:16-cv-01576-RAJ<br><br>[~~PROPOSED~~] ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

THIS MATTER having come before the Court upon Defendant Bank of America, N.A.'s Motion for Extension of Time to File a Responsive Pleading (Dkt. # 41), and the Court having reviewed the records and files herein,

IT IS HEREBY ORDERED that Defendant Bank of America, N.A. is hereby GRANTED an extension of time to file and serve its pleading responsive to Plaintiff's



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

Complaint. Defendant may file its responsive pleading no later than seven (7) days from the date of this Order.

IT IS SO ORDERED.

Dated this 6th day of April, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING SECOND MOTION
FOR EXTENSION OF TIME TO FILE RESPONSIVE
PLEADING -- 2
Case No. 2:16-cv-01576-RAJ
{S1675382; 1 }

WK WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728